1   Michael Kind, Esq. (SBN: 13903)
2   KAZEROUNI LAW GROUP, APC
3   7854 W. Sahara Avenue
    Las Vegas, NV 89117
4   Phone: (800) 400-6808 x7
    FAX: (800) 520-5523
5   mkind@kazlg.com

6   David H. Krieger, Esq. (SBN: 9086)
7   HAINES & KRIEGER, LLC
8   8985 S. Eastern Avenue, Suite 350
    Henderson, Nevada 89123
9   Phone: (702) 880-5554
    FAX: (702) 385-5518
10  dkrieger@hainesandkrieger.com
11  *Attorneys for Plaintiff*

12

13

14

15              **UNITED STATES DISTRICT COURT**
16                  **DISTRICT OF NEVADA**

17

| David Corral, | Case No: 2:16-cv-01742-JAD-CWH |
|---|---|
| Plaintiff, | **Stipulation for Plaintiff to Amend the Complaint** |
| v. | |
| CACH, LLC, | |
| Defendant. | **ORDER** |

*(left margin, rotated: KAZEROUNI LAW GROUP, APC / 7854 West Sahara Avenue / Las Vegas, Nevada 89117)*

27

28

KAZEROUNI LAW GROUP, APC
7854 West Sahara Avenue
Las Vegas, Nevada 89117

**STIPULATION**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff David Corral ("Plaintiff") and Defendant CACH, LLC ("Defendant") (jointly as the "Parties"), by and through their respective counsel, hereby submit this stipulation for Plaintiff to file a First Amended Complaint, attached hereto as Exhibit A, pursuant to Local Rule 15-1.

WHEREAS, Plaintiff filed his Complaint on July 22, 2016, ECF No. 1;

WHEREAS, on August 30, 2016, Defendant filed its Answer to the Complaint, ECF No. 4;

WHEREAS, the deadline to amend pleadings is on November 28, 2016, ECF No. 8, p. 2, ¶ 2.

WHEREAS, Plaintiff seeks to amend his Complaint to include further allegations that Defendant recently violated the FDCPA;

WHEREAS, in good faith and in order to avoid unnecessary motion practice, Defendant has agreed to allow Plaintiff to amend the Complaint but reserves all rights as to any allegations in the Complaint;

WHEREAS, in stipulating to allow Plaintiff to amend the Complaint, Defendant does not hereby admit any of the allegations in the Complaint;

///
///
///
///
///
///
///
///
///
///

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

(1) Plaintiff shall file and serve the Amended Complaint attached hereto as Exhibit A promptly after this Court has entered an Order approving this Stipulation.

(2) Defendant shall file and serve its response to the Amended Complaint within 14 days after Plaintiff files the Amended Complaint.

DATED this 21st day of November 2016.


Respectfully Submitted,


**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP =**

By: /s/ J. Christopher Jorgensen
J. Christopher Jorgensen
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorneys for CACH, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED:_____November 21, 2016_____

KAZEROUNI LAW GROUP, APC
7854 West Sahara Avenue
Las Vegas, Nevada 89117