J Christopher Jorgensen
Nevada Bar No. 5382
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com
*Attorneys for Defendant*
CACH, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CORRAL,<br><br>　　　　Plaintiff,<br>vs.<br><br>CACH, LLC,<br><br>　　　　Defendant. | Case No.: 2:16-cv-01742-JAD-CWH<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 29 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff David Corral and Defendant CACH, LLC hereby stipulate that the claims in this action be dismissed with prejudice, each party to bear its own costs and attorneys' fees and waiving all rights of appeal.

**IT IS SO AGREED AND STIPULATED:**

KAZEROUNI LAW GROUP, APC　　　　LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Michael Kind*
Michael Kind
6069 South Fort Apache Road, Ste. 100
Las Vegas, NV 89148
mkind@kazlg.com

By: */s/ J Christopher Jorgensen*
J Christopher Jorgensen (#5382)
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
cjorgensen@lrrc.com

David H. Krieger
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com

*Attorneys for Defendant*
CACH, LLC

*Attorneys for Plaintiff David Corral*

## ORDER

Based on the parties' stipulation [ECF No. 29], good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
March 7, 2018